**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Equal Employment Opportunity Commission, | No. CV-22-08152-PCT-SPL |
| Plaintiff, | **ORDER** |
| vs. | |
| Lowe's Home Centers LLC, | |
| Defendant. | |

The parties have filed a Joint Motion for Entry of Consent Decree (Doc. 5) and Joint Memorandum in Support (Doc. 10). The Court has reviewed the filings and concludes that the Consent Decree is fair, reasonable, and not contrary to law. *See Turtle Island Restoration Network v. U.S. Dep't of Com.*, 672 F.3d 1160, 1165 (9th Cir. 2012); *United States v. Oregon,* 913 F.2d 576, 580 (9th Cir. 1990).

///
///
///
///
///
///
///
///
///


**IT IS THEREFORE ORDERED:**

1. That the Joint Motion for Entry of Consent Decree (Doc. 5) is **granted**;

2. That the parties' lodged Consent Decree (Doc. 5-1), attached hereto, is **adopted** and entered as the final judgment in this case pursuant to Rule 54 of the Federal Rules of Civil Procedure; and

3. That the Clerk of Court shall **terminate** this case.

Dated this 14th day of September, 2022.

_____
Honorable Steven P. Logan
United States District Judge